UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCIS SANTANA DE LA ROSA,

                Plaintiff(s),

v.

MERRICK B. GARLAND,

                Defendant(s).

23 Civ. 11126 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

On November 28, 2023, the Second Circuit Court of Appeals issued an order transferring this case into the Southern District of New York for further proceedings related to Plaintiff's argument that he derived U.S. citizenship from his mother. On December 22, 2023, the case was assigned to the undersigned.

It is hereby **ORDERED** that the parties shall meet and confer and file a joint status letter by **January 19, 2024.** Such letter shall contain the following information:

- A short summary of the claims, defenses, and/or evidentiary questions that need to be resolved in proceedings before this Court;

- A statement as to whether the parties consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial, under 28 U.S.C. § 636(c);

- Any information regarding the discovery to be taken, if any, and a proposal for the timeline in which the parties will complete such discovery;

- A statement regarding settlement, including whether the parties would like a referral for settlement discussions before the assigned Magistrate Judge or through the District's Mediation Program;

- The number of hearing days the parties expect to need and whether the factual issues relevant to the custody question are to be decided by the Court or a jury; and
- Any other information relevant to the Court to proceed.

The parties shall present a joint proposal, to the extent possible. If the parties are unable to agree on a proposal with respect to each of the above items, the letter shall state each party's position.

SO ORDERED.

Dated: January 2, 2024
New York, New York

DALE E. HO
United States District Judge