UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRANCIS SANTANA DE LA ROSA,

                        Petitioner,

v.

MERRICK B. GARLAND,

                        Respondent.

23 Civ. 11126 (DEH)

**ORDER**

---

DALE E. HO, United States District Judge:

    On March 4, 2024, the parties filed a joint status letter.  *See* ECF No. 8.  In the letter, the parties state that further factual development is needed to adjudicate this matter and request a schedule in which to take discovery.

    It is hereby **ORDERED** that the parties' request is **GRANTED**.  The parties shall complete fact discovery by **July 12, 2024.**  The parties may use the date of this Order as the date of the initial pre-trial conference for purposes of calculating the interim discovery deadlines proposed in their joint letter, *provided* the parties may modify any such interim discovery deadline by mutual agreement as long as all fact discovery is complete by July 12, 2024.  The parties shall take any expert discovery by **August 23, 2024.**

    It is further **ORDERED** that the parties shall file further joint status letter by **August 23, 2024**.  Such letter shall state whether any party intends to file a dispositive motion and if so, the grounds for such motion.  The parties are apprised that in non-jury cases, the Court strongly

disfavors summary judgment practice.  The letter may alternatively state that the parties are ready to proceed to an evidentiary hearing.

    SO ORDERED.

Dated: March 5, 2024
       New York, New York

                                      DALE E. HO
                              United States District Judge