# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCIS SANTANA DE LA ROSA, | Case No.: 1:23-CV-11126 (DEH) |
| *Petitioner*, | [~~XXXXXXXXX~~] **[PROPOSED]** |
| v. | **ORDER FOR RELEASE OF JUVENILE RECORDS** |
| MERRICK B. GARLAND, United States Attorney General, | Honorable Dale E. Ho United States District Judge |
| *Respondent*. | **DUE WITHIN 14 DAYS OF RECEIPT** |

Pursuant to the stipulation of the parties, the Court enters the following Order for production of Petitioner Francis Sanatana de la Rosa's juvenile records.

**IT IS HEREBY ORDERED to the following nine entities:**
1. NEW YORK CITY DEPARTMENT OF SOCIAL SERVICES
2. NEW YORK CITY ADMINISTRATION FOR CHILDREN'S SERVICES
3. NEW YORK CITY SOCIAL SERVICES
4. NEW YORK CITY FAMILY COURT
5. GREEN CHIMNEYS CHILDRENS SERVICES, INC.
6. GRAHAM WINDHAM

7. NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
8. CITY OF NEW YORK
9. STATE OF NEW YORK

You are hereby authorized, directed, and ordered under all applicable laws, including but not limited to the New York Social Services Law § 372, to make available for examination and reproduction by the parties and their counsel denominated in this lawsuit any and all records of any type or nature whatsoever and/or any protected information within your care, custody, or in any manner concerning the FRANCIS SANTANA DE LA ROSA (D.O.B. June 4, 1985; son of Luz Maria de la Rosa (a/k/a Luz Maria Torres) (mother), and Maeolo Santana (father)).

**Said inspection and reproduction must occur no later than 14 calendar days from the entry of this order.**  All clerical fees and expenses shall be paid by the attorney requesting such examination, reproduction, or interview.  This Order complies with all federal standards for privacy of individually identifiable health information, 45 C.F.R. Parts 160 and 164.  This Order shall be effective throughout the pendency of this action.

SO ORDERED.

Dated: May 24, 2024

_____
HONORABLE DALE E. HO
UNITED STATES DISTRICT JUDGE