UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCIS SANTANA DE LA ROSA,<br><br>*Petitioner*,<br><br>v.<br><br>PAMELA BONDI,<br>United States Attorney General,<br><br>*Respondent*. | Case No.: 1:23-CV-11126 (DEH)<br><br>[PROPOSED]<br>**ORDER ON JOINT**<br>**STIPULATION TO STAY CASE**<br><br>Honorable Dale E. Ho<br>United States District Judge |

Pursuant to the stipulation of the parties, and finding good cause therefor:

IT IS HEREBY ORDERED that this case is STAYED through August 15, 2025; and

IT IS FURTHER ORDERED that the parties may modify their positions related to trial preparation and scheduling (*see* ECF Nos. 22, 23) on or before August 15, 2025.

SO ORDERED.

Dated: June 30, 2025
New York, New York

_____
HONORABLE DALE E. HO
UNITED STATES DISTRICT JUDGE