UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANTANA DE LA ROSA, | |
|                 Petitioner, | 23-CV-11126 (DEH) |
| v. | |
| BONDI, | ORDER |
|                 Respondent. | |

DALE E. HO, United States District Judge:

Currently before the Court are two Motions to Stay filed jointly by the parties. The first requests a stay through October 17, 2025, "to allow the parties additional time to pursue alternative resolution" options. ECF No. 32. The second requests a stay of the case "until Congress has restored appropriations to the Department" of Justice, which is unfunded as of September 30, 2025. ECF No. 33.

It is hereby ORDERED that this case shall remain stayed through the latter of either October 17, 2025, or Congress's restoration of appropriations to the Department of Justice. Within seven days of that date, the parties shall file a joint status letter. The Clerk of Court is respectfully directed to terminate ECF Nos. 32 & 33.

SO ORDERED.

Dated: October 2, 2025
       New York, New York

                                            DALE E. HO
                                      United States District Judge