UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Santana de la Rosa,<br><br>　　　　　　　　Plaintiff(s),<br><br>　　　v.<br><br>Bondi,<br><br>　　　　　　　　Defendant(s). | 23-CV-11126 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On November 19, 2025, the parties alerted the Court, ECF No. 35, that efforts to resolve the matter before the United States Citizenship and Immigration Services ("USCIS") did not result in a resolution and they are now prepared to move forward with a bench trial.

Unless and until the Court orders otherwise, a bench trial will commence on **April 13, 2026**. Further, counsel for all parties shall appear for a final pretrial conference on **April 8, 2026** at **11 a.m.** in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York. **All counsel must familiarize themselves with Rule 5 of the Court's Individual Practices in Civil Cases, which is available at https://nysd.uscourts.gov/hon-dale-e-ho**.

SO ORDERED.

Dated: November 21, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge