

# PLS Prisoners' Legal Services of New York

### IMMIGRATION UNIT

| Albany Office | Buffalo Office |
|---|---|
| 41 State Street, M112 • Albany, NY 12207 | 14 Lafayette Square, Suite 510 • Buffalo, NY 14203 |
| Tel: 518-694-8699 • Fax: 518-694-4281 | Tel: 716-844-8266 • Fax: 716-854-1008 |

March 5, 2026

The Honorable Dale E. Ho
United States District Court
for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 905
New York, NY 10007

Re:    *Santana de la Rosa v. Bondi*, No. 1:23-CV-11126 (DEH)
       Petitioner Motion to Extend filing deadline for the Joint Pretrial Statement

Petitioner submits this letter motion to extend the deadline for the parties' submission of a Joint Pretrial Statement in accordance with Rule 5(a) of this Chambers' Individual Rules and Practices in Civil Cases. Good cause exists for this motion.

**Original Dates and New Dates Requested.** The pre-trial conference is currently scheduled for April 8, 2026. The Joint Pretrial Statement is due 30 days before the final pretrial conference, which falls on March 9, 2026. Petitioner requests an extension of 14 days until March 23, 2025.

**Number of Previous Requests.** This is the first request to extend the deadline of the Joint Pretrial Statement. A request from Respondent to adjourn the pretrial conference and trial dates remains pending. A grant of Respondent's motion to adjourn would render this request moot.

**Disposition of Previous Requests.** No prior request to extend this deadline has been made. A request from Respondent to adjourn the pretrial conference and trial dates remains pending. A grant of Respondent's motion to adjourn would render this request moot.

**Reason for the Extension.** Good cause exists due to undersigned counsel's inability to communicate with counsel for the Department of Justice. Counsel for Petitioner has made efforts in recent weeks to confer with opposing counsel to discuss potential stipulations and objections to evidence, but has been unable to obtain responses due to the staffing changes at the Department of Justice. These circumstances have adversely impacted undersigned counsel's ability to prepare for trial. A brief 14-day continuance will allow for the parties to confer, complete trial preparation, and effectively present their cases at trial without prejudice to either party.

**Adversary's Position.** Undersigned counsel attempted to communicate with counsel for Respondent about the Joint Pretrial Statement on March 4, 2026 and about this motion via phone and email on March 5, 2026. Undersigned counsel was unable to obtain Respondent's position prior to the filing of this letter motion.

**Next Scheduled Appearance.** The next scheduled appearance before the Court is the pre-trial conference set for April 8, 2026.

The requested adjournment is modest and sought in good faith. In the event this Court does not grant Respondent's motion to adjourn the pretrial conference and hearing, Petitioner respectfully requests that the Court extend the deadline for the Joint Pretrial Statement by 14 days as set forth above.

This matter comes before the Court under 8 U.S.C. § 1252(b)(5)(B) for a determination on Petitioner Francis Santana de la Rosa's United States citizenship claim, based on his claim of derivative United States citizenship from his mother, Luz Maria de la Rosa (see 8 U.S.C. § 1431(a)). Throughout this litigation, counsel for the parties conferred periodically and cooperatively on strategies to efficiently, affordably, expeditiously, and fairly resolve the matter pending before the Court.

Respectfully,

/s/Kerry Battenfeld_____
Kerry Q. Battenfeld, Esq.
Litigation Coordinator
Prisoners' Legal Services of New York
14 Lafayette Square, Ste. 510
Buffalo, NY 14203
Tel: (716) 367-7670
Fax: (716) 854-1008
Email: kbattenfeld@plsny.org
*Counsel for Plaintiff*

The application is **DENIED AS MOOT** pursuant to ECF No. 41.
The Clerk of Court is respectfully directed to terminate ECF No. 40.

SO ORDERED.

Dated: March 6, 2026          Dale E. Ho
New York, New York          United States District Judge

2