MEMO ENDORSED

April 10, 2026

The Honorable Dale E. Ho
United States District Court
    for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 905
New York, NY 10007

Application **GRANTED**. The trial is **ADJOURNED** to **June 22, 2026**. A Final Pretrial Conference shall be held on **June 17, 2026**. The Court's prior scheduling order, ECF No. 36, remains in effect with respect to all other details. The Clerk of Court is respectfully directed to terminate ECF No. 47.

SO ORDERED.

Dated: April 13, 2026          Dale E. Ho
New York, New York          United States District Judge

Re:    *Santana v. Blanche*,[1] No. 1:23-CV-11126 (DEH)
       Parties' Joint Motion to Continue Pre-Trial and Trial Dates by 14 days
       Current Pre-Trial Conference: May 20, 2026
       Current Trial: May 26, 2026 (Bench)

Dear Judge Ho:

Following the conference of counsel, which occurred on April 8, 2026, the Parties respectfully submit this joint letter motion to continue the current pre-trial conference and trial dates by 14 days or dates thereafter that are convenient to the Court. Good cause supports this requested continuance.

**Original Dates and New Dates Requested.** The pre-trial conference is currently scheduled for May 20, 2026, and the trial is scheduled for May 26, 2026. The parties respectfully request that the pre-trial conference be adjourned to June 3, 2026, and that the trial be adjourned to June 9, 2026, or dates convenient to the Court on or after that time.

**Number of Previous Requests.** This is the second request to adjourn these pre-trial and trial dates.

**Disposition of Previous Requests.** The Court previously granted Respondents' unopposed request. *See* ECF No. 41.

**Reason for the Extension.** Good cause exists for granting this request. Counsel for Petitioner must appear for oral argument before the U.S. Court of Appeals for the Second Circuit on May 27, 2026—one day after trial in this case is scheduled to begin. Petitioner's Counsel informed the Second Circuit of the conflict with these proceedings, but the Circuit did not reschedule oral argument. Further, present counsel for Respondent were assigned to this case only three weeks ago, following prior counsel's departure from the Department of Justice. Respondent's counsel is working diligently to familiarize themselves with the case and to coordinate with Petitioner's counsel to narrow the facts and issues in preparation for trial. A brief extension of the pre-trial conference and trial dates by at least 14 days would resolve the issue of counsel for Petitioner's conflicting obligation to the Second Circuit. Further, it would afford counsel for Respondent time to become more familiar with the case such that the Parties can better engage in trial preparations and narrowing of the issues.

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Todd Blanche is automatically substituted for his predecessor, Pamela Bondi.

*Santana v. Blanche*, No. 1:23-CV-11126 (DEH)
April 10, 2026
Page 2

Concurrent with this request, the parties respectfully submit the following dates when all parties, potential witnesses, and counsel are available for trial during the month of June:

A. June 9–10, 2026
B. June 22–26, 2026

**Adversary's Position.** Petitioner joins Respondent in this motion.

**Next Scheduled Appearance.** The next scheduled appearance before the Court is the pre-trial conference set for May 20, 2026.

The requested adjournment is modest and sought in good faith. The Parties respectfully request that the Court adjourn the pre-trial conference and trial by approximately 14 days as set forth above.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JESSICA R. LESNAU (TX Bar No. 24099380)
ERIC SNYDERMAN (VA Bar No. 99563)

/s/ *Joseph McCarter*
JOSEPH MCCARTER (MD Bar No. 2311290014)
Trial Attorney
Office of Immigration Litigation
United States Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 746-8537
Joseph.A.McCarter@usdoj.gov

*Counsel for Respondent*

2

/s/ *Kerry Q. Battenfeld*
KERRY Q. BATTENFELD
JILLIAN NOWAK
Prisoner's Legal Services of New York
14 Lafayette Square, Suite 510
Buffalo, NY 14203
Tel: (716) 367-7670
KBattenfeld@plsny.org

*Counsel for Petitioner*

\* I certify that counsel for Petitioner has reviewed this joint filing and concurs in its contents.

/s/ *Joseph McCarter*
JOSEPH MCCARTER
*Counsel for Respondent*