UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Santana de la Rosa, | |
| Plaintiff(s), | 23-CV-11126 (DEH) |
| v. | |
| Bondi, | ORDER |
| Defendant(s). | |

DALE E. HO, United States District Judge:

Having been advised by the parties that they seek to submit a revised Joint Pretrial Order

and related materials, ECF No. 55, the Clerk of Court is respectfully directed to strike ECF Nos.

51, 52, and 53 from the docket.

SO ORDERED.

Dated: May 27, 2026
    New York, New York

_____
DALE E. HO
United States District Judge