UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| De La Rosa,<br><br>                    Plaintiff(s),<br><br>          v.<br><br> Bondi et al.,<br><br>                    Defendant(s). | 23-CV-11126 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

The final pretrial conference scheduled for June 17, 2026 at 11 A.M. shall be held

remotely via Microsoft Teams.  The parties should dial in by calling (646) 453-4442 and entering

the Phone Conference ID: 689 137 394, followed by the pound (#) sign.

Further, Plaintiff shall file any opposition to Defendants' June 10, 2026 letter motion for

a Local Rule 37.2 Conference by June 15, 2026.  The opposition shall not exceed 3 pages.

The Clerk of Court is respectfully directed to terminate ECF Nos. 69 and 70.

SO ORDERED.

Dated:  June 12, 2026
        New York, New York

_____
        DALE E. HO
        United States District Judge