UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Santana de la Rosa, | |
| Plaintiff(s), | 23-CV-11126 (DEH) |
| v. | ORDER |
| Blanche, | |
| Defendant(s). | |

DALE E. HO, United States District Judge:

A conference in this matter is scheduled for **June 18, 2026** at **12 P.M.**  The conference will be held via Microsoft Teams.  The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 163 961 014, followed by the pound (#) sign.

For the reasons stated at the conference in the matter held today, Petitioner's Motions in Limine 1, 2, 3, and 7 are denied.  The Court reserves on Petitioner's Motions in Limine 4, 5, and 6.  The Clerk of Court is respectfully directed to terminate ECF No. 57.

SO ORDERED.

Dated: June 17, 2026
       New York, New York

_____
            DALE E. HO
      United States District Judge