UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Santana de la Rosa, | |
| Petitioner, | |
| v. | |
| Blanche, | |
| Respondent. | |

23-CV-11126 (DEH)

ORDER

DALE E. HO, United States District Judge:

The trial scheduled on June 22, 2026 is **ADJOURNED**.  Further, for the reasons stated at the conference on June 18, 2026, Respondent's motion to withdraw certain stipulations is **DENIED**.  By **June 19, 2026** the parties shall file a joint letter memorializing: (1) their agreement that trial in this matter shall be conducted on the papers with no live testimony; (2) their stipulation as to the admission of all exhibits that are not subject to Petitioner's Motions in Limine on which the Court has reserved judgment (i.e., all exhibits with the exceptions of DX-10, DX-11, and DX-13), and (3) the parties' availability for closing arguments during the weeks of  June 29, July 6, and July 13, 2026.  **The writ of habeas corpus issued by this Court at ECF No. 76 is VACATED, as Petitioner is not required to appear in court on that day.**  By **June 19, 2026,** Petitioner shall serve this Order on the Warden of the Otis Bantum Correctional Center and the United States Marshal, and file proof of service on the docket.

SO ORDERED.

Dated: June 18, 2026
      New York, New York

 

                                          DALE E. HO
                             United States District Judge